# EXHIBIT A

282111107 NEW 01/08 8810004306

**CASHIER'S CHECK**

**CHASE** ⬡

9561217206   91-2
          1221

Date   11/05/2018   Void after 7 years

**Remitter:** DARON CAMPBELL CAPITAL, LLC

**Pay To The Order Of:** SHAQUILLE O'NEAL REVOCABLE TRUST

**Pay:** TEN THOUSAND DOLLARS AND 00 CENTS

$** 10,000.00 **

**Drawer:** JPMORGAN CHASE BANK, N.A.

Memo: Viceroy Buyout pymt 1

Note: For information only. Comment has no effect on bank's payment.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑪ 9561217206 ⑪   ⑬ 122100024 ⑬   806002234 ⑪