1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAQUILLE O'NEAL, an individual, and JEROME CRAWFORD, an individual,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DARON CAMPBELL, an individual; DARON CAMPBELL CAPITAL, LLC, a California limited liability company; VICEROY, LLC, a California limited liability company; and DOES 1-20,<br><br>　　　　Defendants. | Case No. 2:21-cv-09158-ODW-PLA<br><br>Hon. Otis D. Wright<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT**<br><br>[Filed concurrently with Plaintiffs' Motion for Right to Attach Order and Writ of Attachment and Declaration of Shaquille O'Neal]<br><br>Date:  August 29, 2022<br>Time:  1:30 p.m.<br>Courtroom:  5D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having considered the Motion for a Right to Attach Order and a Writ of Attachment of plaintiffs Shaquille O'Neal and Jerome Crawford against Defendants Daron Campbell, Daron Campbell Capital, LLC, and Viceroy, LLC, and good cause having been shown, HEREBY ORDERS as follows:

Plaintiffs' motion is granted, and attachment is hereby ordered in the amount of $130,000.  Plaintiff shall post an undertaking in the amount of $10,000.  The U.S. Marshals or other applicable officers are hereby directed to attach $130,000, or as much thereof as may be available, from the JP Morgan Chase Bank account in the name of Daron Campbell Capital, LLC with an account number ending in 0024, or from such other of Defendants' assets as may be identified.

IT IS SO ORDERED.

Dated: _____, 2022         _____
                                          Hon. Otis D. Wright
                                          United States District Court Judge