ROSS LLP
Peter W. Ross (State Bar No. 109741)
　pross@rossllp.la
Eric Lauritsen (State Bar No. 301219)
　elauritsen@rossllp.la
1900 Avenue of the Stars, Suite 1225
Los Angeles, California 90067
Telephone: (424) 704-5600
Facsimile: (424) 704-5680

Attorneys for Plaintiffs SHAQUILLE O'NEAL and JEROME CRAWFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAQUILLE O'NEAL, an individual, and JEROME CRAWFORD, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DARON CAMPBELL, an individual; DARON CAMPBELL CAPITAL, LLC, a California limited liability company; VICEROY, LLC, a California limited liability company; and DOES 1-20,<br><br>　　　　Defendants. | Case No. 2:21-cv-09158-ODW-PLA<br><br>Hon. Otis D. Wright<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Memorandum of Points and Authorities, Statement of Uncontroverted Facts, Declaration of Eric Lauritsen, Declaration of Dennis Roach, Declaration of Shaquille O'Neal, and [Proposed] Judgment]<br><br>Date:  January 23, 2023<br>Time:  1:30 p.m.<br>Crtrm: 5D<br><br>Complaint Filed:  November 21, 2021<br>Trial Date:　　　April 4, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 23, 2023, at 1:30 p.m., or as soon thereafter as it may be heard, in Courtroom 5D of the above-titled Court, located at 350 W. 1st Street, Los Angeles, California, 90012, the Honorable Otis D. Wright presiding, plaintiffs Shaquille O'Neal and Jerome Crawford (collectively, "Plaintiff") will, and hereby do, move this Court to enter summary judgment in their favor.

This Motion is made pursuant to Rule 56 of the *Federal Rules of Civil Procedure* on the grounds that there is no genuine dispute of material fact, and Plaintiffs are entitled to judgment as a matter of law on their claims for breach of contract and breach of fiduciary duties against defendants Daron Campbell, Daron Campbell Capital, LLC, and Viceroy, LLC (collectively, "Defendants").

The motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declarations of Eric Lauritsen and Shaquille O'Neal and the exhibits attached thereto and Proposed Judgment, together with all papers filed in this action and any other evidence and argument the Court may consider.

This motion is made following a Rule 7-3 conference of counsel that occurred on December 12, 2022.

DATED: December 19, 2022          ROSS LLP
                                  Peter W. Ross
                                  Charles Avrith


                                  By:  /s/ Peter W. Ross
                                       Peter W. Ross
                                  Attorneys for Plaintiffs Shaquille O'Neal and Jerome Crawford