ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@rossllp.la
Eric Lauritsen (State Bar No. 301219)
  elauritsen@rossllp.la
1900 Avenue of the Stars, Suite 1225
Los Angeles, California 90067
Telephone: (424) 704-5600
Facsimile: (424) 704-5680

Attorneys for Plaintiffs SHAQUILLE O'NEAL and JEROME CRAWFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAQUILLE O'NEAL, an individual, and JEROME CRAWFORD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DARON CAMPBELL, an individual; DARON CAMPBELL CAPITAL, LLC, a California limited liability company; VICEROY, LLC, a California limited liability company; and DOES 1-20,<br><br>Defendants. | Case No. 2:21-cv-09158-ODW-PLA<br><br>Hon. Otis D. Wright<br><br>**DECLARATION OF ERIC C. LAURITSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Notice of Motion and Motion for Summary Judgment, Memorandum of Points and Authorities, Statement of Undisputed Facts, Declaration of Shaquille O'Neal, Declaration of Dennis Roach, and [Proposed] Judgment]<br><br>Date: January 23, 2023<br>Time: 1:30 p.m.<br>Crtrm: 5D<br><br>Complaint Filed: November 21, 2021<br>Trial Date: April 4, 2023 |

DECLARATION OF ERIC C. LAURITSEN

I, Eric C. Lauritsen, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am employed by Ross LLP, counsel of record for Plaintiffs Shaquille O'Neal and Jerome Crawford (together, "Plaintiffs") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. I am submitting this declaration in support of Plaintiffs' concurrently filed motion for summary judgment.

3. Attached hereto as Exhibit C[1] is a true and correct copy of excerpts from the transcript of the deposition of Daron Campbell taken in this action on December 15, 2022.

4. Attached hereto as Exhibits E, F, and G are true and correct copies of the verified responses of defendants Daron Campbell, Daron Campbell Capital, LLC, and Viceroy, LLC, respectively, to Plaintiffs' first sets of requests for production in this action.

Executed this 19th day of December, 2022, at Los Angeles, Callifornia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: */s/ Eric C. Lauritsen*
Eric C. Lauritsen

---

[1] The exhibits supporting Plaintiffs' motion for summary judgment have been numbered in the order they are referenced in the concurrently filed Statement of Undisputed Facts in an effort to aid the Court in its review of that document.