ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@rossllp.la
Eric Lauritsen (State Bar No. 301219)
  elauritsen@rossllp.la
1900 Avenue of the Stars, Suite 1225
Los Angeles, California 90067
Telephone: (424) 704-5600
Facsimile: (424) 704-5680

Attorneys for Plaintiffs SHAQUILLE O'NEAL and JEROME CRAWFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAQUILLE O'NEAL, an individual, and JEROME CRAWFORD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DARON CAMPBELL, an individual; DARON CAMPBELL CAPITAL, LLC, a California limited liability company; VICEROY, LLC, a California limited liability company; and DOES 1-20,<br><br>Defendants. | Case No. 2:21-cv-09158-ODW-PLA<br><br>Hon. Otis D. Wright<br><br>**JOINT STIPULATION REGARDING CASE DEADLINES DUE TO PENDING SETTLEMENT**<br><br>Action Filed:  November 22, 2021<br>Trial Date:       April 4, 2023 |

Plaintiffs Shaquille O'Neal and Jerome Crawford (collectively, "Plaintiffs") on the one side and Defendants Daron Campbell, Daron Campbell Capital, LLC, and Viceroy, LLC (collectively, "Defendants") on the other side, by and through their counsel of record, enter into this stipulation:

WHEREAS, On January 24, 2022, the parties engaged in a mediation;

WHEREAS, the mediation resulted in a settlement in principle;

WHEREAS, the settlement in principle is contingent upon the occurrence of an event on or before March 24, 2023, and will be ineffective in the event that such event does not so occur;

And WHEREAS, the parties wish to relieve one another and the Court from further obligations in relation to this matter while there remains a reasonable likelihood that the condition precedent will be satisfied;

NOW, WHEREFORE, the parties stipulate, agree, and hereby request a Court order to the effect that all hearings and other case deadlines be continued for 90 days. The parties specifically request that the Court not dismiss this action unless and until they expressly request the same.

IT IS SO STIPULATED.

DATED: January 27, 2023          ROSS LLP
                                 Peter W. Ross
                                 Eric C. Lauritsen


                                 By:     /s/ Eric C. Lauritsen
                                              Eric C. Lauritsen

                                 Attorneys for Shaquille O'Neal and Jerome Crawford

| | | |
|---|---|---|
| 1 | DATED: January 27, 2023 | LAW OFFICES OF LOYST P. FLETCHER |
| 2 | | Loyst Fletcher |

By: /s/ Loyst Fletcher
 Loyst Fletcher
Attorneys for Defendants Daron Campbell, Daron Campbell Capital, LLC, and Viceroy, LLC

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Eric Lauritsen, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

 /s/ Eric Lauritsen
 Eric Lauritsen